**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-6837**

—————————

MALCOLM MAXWELL RYIDU-X, a/k/a Richard Edward
Janey,

                               Plaintiff - Appellant,

        versus

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES; INMATE GRIEVANCE OFFICE; PAULA R.
KRAMER, Associate Warden; MARYLAND DIVISION OF
CORRECTION;  PATRICIA  ALLEN,  Commissioner;
MARYLAND  CORRECTIONAL  ADJUSTMENT  CENTER;
SEWALL SMITH, Warden; CORPORAL MARKS,

                               Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-03-2898-WDQ)

—————————

Submitted:  September 16, 2004    Decided:  September 22, 2004

—————————

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Malcolm Maxwell Ryidu-X, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu-X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ryidu-X v. Department of Public Safety and Correctional Servs., No. CA-03-2898-WDQ (D. Md. Apr. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED